PAUL B. DERBY [SBN 211352]
pderby@skiermontderby.com
MANE SARDARYAN [SBN 287201]
msardaryan@skiermontderby.com
JEANNE CHOI [SBN 334757]
jchoi@skiermontderby.com
SKIERMONT DERBY LLP
633 West Fifth Street, Suite 5800
Los Angeles, California 90071
Telephone:   (213) 788-4500
Facsimile:    (213) 788-4545

Attorneys for Defendant
SERVICE SPOT, LLC d/b/a
PARKON.COM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

SHAMAR JASHER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SERVICE SPOT, LLC d/b/a PARKON.COM,

Defendant.

Case No. 2:25-cv-01203-DJC-AC
[Honorable Daniel J. Calabretta]

**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Complaint Served:        May 6, 2025
Original Response Date:   June 24, 2025
New Response Date:        July 24, 2025

Complaint Filed:        April 25, 2025

## **ORDER**

Having reviewed the stipulation between Plaintiff Shamar Jasher ("Plaintiff") and Defendant Service Spot, LLC d/b/a ParkOn.com ("Defendant"), and good cause being shown therefore, IT IS HEREBY ORDERED that:

1.     Defendant's deadline to answer, move to dismiss, or otherwise respond to the initial Complaint is extended to July 24, 2025.

Dated:  June 20, 2025                          /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE

1