1  PAUL B. DERBY [SBN 211352]
   pderby@skiermontderby.com
2  MANE SARDARYAN [SBN 287201]
   msardaryan@skiermontderby.com
3  JEANNE CHOI [SBN 334757]
   jchoi@skiermontderby.com
4  SKIERMONT DERBY LLP
   633 West Fifth Street, Suite 5800
5  Los Angeles, California 90071
   Telephone:  (213) 788-4500
6  Facsimile:  (213) 788-4545

7  Attorneys for Defendant
   SERVICE SPOT, LLC d/b/a
8  PARKON.COM

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11  SHAMAR JASHER, individually and on          Case No. 2:25-cv-01203-DJC-AC
    behalf of all others similarly situated,    [Honorable Daniel J. Calabretta]
12
              Plaintiff,                         **ORDER ON STIPULATION TO**
13                                               **FURTHER EXTEND TIME TO**
    v.                                           **RESPOND TO COMPLAINT**
14
    SERVICE SPOT, LLC d/b/a                      Complaint Served:      May 6, 2025
15  PARKON.COM,                                  Original Response Date: June 24, 2025
                                                 Current Response Date:  July 24, 2025
16            Defendant.                         New Response Date:      August 14, 2025

17                                               Complaint Filed:       April 25, 2025

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Having reviewed the stipulation between Plaintiff Shamar Jasher ("Plaintiff") and Defendant Service Spot, LLC d/b/a ParkOn.com ("Defendant"), and good cause being shown therefore, IT IS HEREBY ORDERED that:

1.    Defendant's deadline to answer, move to dismiss, or otherwise respond to the initial Complaint is extended to August 14, 2025.

Dated:  July 18, 2025                    /s/ Daniel J. Calabretta

                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

1

ORDER ON STIPULATION TO FURTHER
EXTEND TIME TO RESPOND TO COMPLAINT