1  PAUL B. DERBY [SBN 211352]
   pderby@skiermontderby.com
2  MANE SARDARYAN [SBN 287201]
   msardaryan@skiermontderby.com
3  JEANNE CHOI [SBN 334757]
   jchoi@skiermontderby.com
4  SKIERMONT DERBY LLP
   633 West Fifth Street, Suite 5800
5  Los Angeles, California 90071
   Telephone:   (213) 788-4500
6  Facsimile:    (213) 788-4545

7  Attorneys for Defendant
   SERVICE SPOT, LLC d/b/a
8  PARKON.COM

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| SHAMAR JASHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE SPOT, LLC d/b/a PARKON.COM,<br><br>Defendant. | Case No. 2:25-cv-01203-DJC-AC<br>[Honorable Daniel J. Calabretta]<br><br>**ORDER ON STIPULATION FOR ADDITIONAL TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Complaint Served:       May 6, 2025<br>Original Response Date:  June 24, 2025<br>Current Response Date:  August 14, 2025<br>New Response Date:      August 28, 2025<br><br>Complaint Filed:       April 25, 2025 |
|---|---|

## **ORDER**

Having reviewed the stipulation between Plaintiff Shamar Jasher ("Plaintiff") and Defendant Service Spot, LLC d/b/a ParkOn.com ("Defendant"), and good cause being shown therefore, IT IS HEREBY ORDERED that:

1. Defendant's deadline to answer, move to dismiss, or otherwise respond to the initial Complaint is extended to August 28, 2025.

Dated: August 11, 2025            /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE